# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 20, 2006*

[Cite as 07/20/2006 Case Announcements, 2006-Ohio-3664.]

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1325.   State ex rel. Oliver v. USA Waste of Ohio, Inc.**
Franklin App. No. 05AP–666, 2006-Ohio-3264.